NO. CAAP-14-0000449

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,
Plaintiff/Counter-Claim Defendant/Appellee,
v.
DUFFY HERMAN and TRICIA MORRIS,
Defendants/Cross-Claim Defendants/Appellants,
and
CENTRAL PACIFIC BANK, Defendant/Plaintiff Counter
Claimant/Third-Party Plaintiff/Appellee,
and
COLLETTE N. DRYDEN, TRUSTEE OF THE FREDERICK W. DRYDEN TRUST,
Third-Party Defendant/Appellee,

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0700(2))

ORDER
(By: Nakamura, C.J.)

Upon consideration of the April 29, 2014 filing by
Connie C. Chow, counsel for Plaintiff/Counter-Claim
Defendant/Appellee Old Republic National Title Insurance Company
(Appellant), and the records and files herein, it appears as
follows.

(1)  Counsel Connie C. Chow filed an April 29, 2014
letter addressed addressed to the "Chief Clerk of the Supreme
Court," but designated said letter as a "motion" in the Judiciary
Electronic Filing System (JEFS) and said letter, although
addressed to the Chief Clerk, seeks relief from this court of
dismissal of the instant appeal.  As such, this court will review
the April 29, 2014 letter as a motion to dismiss the appeal
(Motion).

(2)   As a motion seeking relief from this court, the Motion fails to comply with Rules 27 and 32 of the Hawaiʻi Rules of Appellate Procedure; thus, this court declines to address the Motion on the merits at this time; and counsel Connie C. Chow is cautioned that future failure to comply with the rules may result in an order to show cause and/or sanctions.  Therefore,

IT IS HEREBY ORDERED that the Motion is dismissed without consideration on the merits.

DATED: Honolulu, Hawaiʻi, June 3, 2014.

Chief Judge